# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Doris Martinez,

Plaintiff,

v.

Rain Bird Corporation,

Defendant.

No. CV-25-00699-TUC-RM

**ORDER**

Pending before the Court is Plaintiff's Notice of Voluntary Dismissal, in which Plaintiff voluntarily dismisses her individual claims against Defendant Rain Bird Corporation without prejudice. (Doc. 10.) No class has been certified in this action, and no opposing party has served an answer or a motion for summary judgment. Accordingly,

**IT IS ORDERED**, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and Plaintiff's Notice of Voluntary Dismissal (Doc. 10), that the above-captioned matter is **dismissed without prejudice**, with each party to bear its own costs and attorneys' fees. The Clerk of Court is directed to close this case.

Dated this 20th day of February, 2026.

Honorable Rosemary Márquez
United States District Judge